**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6351

CHARLES A. WILLIAMS,

             Plaintiff - Appellant,

       v.

JEFFREY CANADY; MR. DUNN; JOHNSTON COUNTY SHERIFF'S
DEPARTMENT NARCOTICS DIVISION,

             Defendants – Appellees,

       and

ADREN L. HARRIS,

             Defendant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge. (5:10-cv-00558-FL)

Submitted:  June 26, 2014            Decided:  June 30, 2014

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles A. Williams, Appellant Pro Se.   Ronnie Monroe Mitchell,
MITCHELL LAW GROUP, Fayetteville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles A. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Canady, No. 5:10-cv-00558-FL (E.D.N.C. Jan. 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2